## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.   12-cr-00272-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

9. JOSE JUAN REYES-HERNANDEZ,

    Defendant.

## ORDER

    PURSUANT to and in accordance with the Sentencing hearing held before the Honorable R. Brooke Jackson, United States District Judge, on May 29, 2013, it is hereby

    ORDERED that Defendant Jose Juan Reyes-Hernandez is sentenced to **TIME SERVED.**

    Dated:  May 29, 2013.

                                                  BY THE COURT:

                                                  <u>s/ R. Brooke Jackson</u>
                                                  R. BROOKE JACKSON,
                                                  UNITED STATES DISTRICT JUDGE